# Curtiss Davis
## VS.
# Fairfax County Police Department

# Exhibit # 2 - DVD ROM

## "Court Transcripts "

Preliminary Hearing

Fairfax County General District Court

Commonwealth VS. Curtiss Davis

Dated

2 March 2016

---

Disc contains court transcripts

&

Negative News Releases